UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FREDKIEY HURLEY,

                Plaintiff,

    -against-

TOBY'S PUBLIC HOUSE II LLC
A NEW YORK FOR PROFIT CORPORATION
d/b/a TOBY'S PUBLIC HOUSE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



ORDER

15 Civ. 4871 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       September 15, 2015

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge